# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2024-0084**
J.J.M. v. State of Alabama (Appeal from DeKalb Circuit Court: CC-22-1170)

## <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk